Jeffry K. Finer
35 W. Main, Suite 300
Spokane, WA 99201
(509) 835-5211

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|                             )   | NO. CR-10-097-FVS-3 |
|             Plaintiff,      )   | |
|                             )   | |
|   v.                        )   | ORDER GRANTING |
|                             )   | UNOPPOSED MOTION |
| CURTIS REESE STOREY,        )   | |
|                             )   | |
|             Defendant.      )   | |

Before the court is Defendant's unopposed Motion to Conditions of Pretrial Release.

**IT IS ORDERED** the unopposed Motion to Modify Conditions of Pretrial Release (**Ct. Rec. 81**) is **GRANTED.** The Defendant is allowed to travel among the 11 western States for work.

DATED October 12, 2010.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER • Page 1

Jeffry K Finer, PS
WEST 35 MAIN • SUITE 300
SPOKANE, WASHINGTON • 99201
509 835-5211 • JEFFRY@FINER-BERING.COM